UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

JOHN MICHAEL SHERWOOD,

      Defendant.

) CASE NO. CR22-127 JLR
)
)
)
)   DETENTION ORDER
)
)
)
)
)

**OFFENSES CHARGED**

Count 1 – Conspiracy to Distribute Controlled Substances, including methamphetamine, heroin and fentanyl.

Count 2 – Possession of a Controlled Substance with Intent to Distribute, including methamphetamine and fentanyl.

Count 3 – Conspiracy to Commit Money Laundering

Date of Detention Hearing:   December 7, 2022

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

DETENTION ORDER
PAGE -1

01  based upon the factual findings and statement of reasons for detention hereafter set

02  forth, finds that no condition or combination of conditions which defendant can meet

03  will reasonably assure the safety of other persons and the community and defendant's

04  appearances as required in this case.

05

06  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

07  (1) Defendant and his counsel have stipulated to detention in this case.

08  (2) The nature of the drug charges in this case, and the fact that the Grand Jury has

09  returned an indictment on those charges, give rise to a rebuttable presumption of

10  detention. Defendant and his counsel have offered nothing to rebut the presumption.

11  (3) Defendant is currently serving a sentence in Idaho, and has five to ten years

12  remaining on his sentence. The issue of release or detention in this case is therefore

13  basically moot.

14  (4) Defendant's criminal record reflects a history of warrants and supervision violations.

15  It is therefore ORDERED:

16  1,  Defendant shall be detained pending trial and committed to the custody of the

17  Attorney General for confinement in a correction facility separate, to the extent practicable,

18  from persons awaiting or serving sentences or being held in custody pending appeal;

19  2.  Defendant shall be afforded reasonable opportunity for private consultation

20  with counsel;

21  3, On order of the United States or on request of an attorney for the Government, the

22  person in charge of the corrections facility in which defendant is confined shall deliver the

DETENTION ORDER
PAGE -2

01 defendant to a United States Marshal for the purpose of an appearance in connection with a

02 court proceeding;

03     4.   The Clerk shall direct copies of this Order to counsel for the United States, to

04         counsel for the defendant, to the United States Marshal, and to the United States

05         Pretrial Services Officer.

06     DATED this 7th day of December, 2022.

07                      John L. Weinberg

08                      United States Magistrate Judge

DETENTION ORDER
PAGE -3