The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MICHAEL SHERWOOD, and<br><br>ERIKA A. BOCELLE,<br><br>Defendants. | NO. CR22-127JLR<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE |

This matter comes before the Court on the stipulated motion of the parties to continue the trial in this matter and to set a motions cutoff. Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) that this case is sufficiently unusual and complex that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date.

THE COURT FURTHER FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that the failure to grant a continuance to October 2023 would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice.

ORDER CONTINUING TRIAL - 1
*United States v. Sherwood et al.* / CR22-127JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT FINDS, in light of these factors, that it is unlikely that the parties can be reasonably ready to try this matter before October of 2023, at the earliest.

THE COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that this is a reasonable period of delay, in that the defendant has indicated he and his counsel require more time to prepare for trial and believe that October 2023 is the earliest that they could be prepared to proceed to trial. The Court finds that given the complexity of the case, and the volume of discovery produced, and still to be produced, that this amount of time is, in fact, necessary.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until October 23, 2023. Pretrial motions shall be filed by September 11, 2023. The parties are advised that the court has other trial conflicts on this date and this trial may not start on October 23, 2023, and may be moved to another date.

IT IS FURTHER ORDERED that the time between the date of this order and the new trial date is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

IT IS SO ORDERED.

DATED this 27th of December, 2022.

JAMES L. ROBART
United States District Judge

ORDER CONTINUING TRIAL - 2
*United States v. Sherwood et al.* / CR22-127JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970