JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-127-JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING IN PART DEFENDANT'S MOTION TO CONTINUE TRIAL |
| JOHN SHERWOOD, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the defendant's motion to continue the trial and to set a motions cutoff. Having considered the motion, and all the files and records herein, the Court finds and rules as follows:

THIS COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii) that this case is sufficiently unusual and complex that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date.

THE COURT FURTHER FINDS, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that the failure to grant a continuance to December 4, 2023, would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice.

DEFENDANT'S UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRE-TRAIL
DEADLINE
(*U.S. v. John Sherwood*, CR22-127-JLR) - 1

**Geisness Law Firm**
**506 Second Avenue, Ste. 1400**
**Seattle, WA 98104**
**(206) 455 - 4689**

THE COURT FINDS, pursuant to Title 18, United States Code, Section 3161(h)(6) and (7), that this is a reasonable period of delay, in that the defendant has indicated he and his counsel require more time to prepare for trial. The Court finds that given the complexity of the case, and the volume of discovery produced, that this amount of time is, in fact, necessary.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date will be continued until December 4, 2023. Pretrial motions are due by October 26, 2023.

IT IS FURTHER ORDERED that the time between the date of this order and the new trial date is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

IT IS SO ORDERED.

DATED this 2ND of August, 2023.

The Honorable James L. Robart
United States District Judge

**Geisness Law Firm**
**506 Second Avenue, Ste. 1400**
**Seattle, WA 98104**
**(206) 455 - 4689**