UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0127JLR |
| Plaintiff, | ORDER |
| v. | |
| JOHN SHERWOOD, | |
| Defendant. | |

Before the court is the October 9, 2023 status update filed by counsel for Defendant John Sherwood. (Update (Dkt. # 47).) In that status update, counsel states that he is representing a defendant in a three-defendant second degree murder trial in King County Superior Court that began on September 18, 2023. (*Id.* at 2.) On September 28, 2023, King County Superior Court Judge Cindi Port granted the State's request to recess that trial until November 20, 2023, after the lead prosecutor suffered an injury. (*Id.*) If the trial resumes on November 20, 2023, the parties anticipate that the trial will conclude on or before February 1, 2024. (*Id.*)

ORDER - 1

|   |   |
|---|---|
| 1 | The trial in this case is set to begin on December 4, 2023—just two weeks after |
| 2 | trial is expected to resume in defense counsel's state court case.  (8/2/23 Order (Dkt. |
| 3 | # 44); *see* Update at 2.)  As counsel recognizes in his status update, the trial in this case |
| 4 | has already been continued twice—first by stipulation of the parties, and again at |
| 5 | Defendant's request.  (*See* 12/27/22 Order (Dkt. # 30); 8/2/23 Order (Dkt. # 44).)  The |
| 6 | court granted the second continuance based on defense counsel's representation that he |
| 7 | was representing defendants in two state-court murder trials.  (*See* 7/9/23 Mot. (Dkt. |
| 8 | # 40).)  At the time, counsel represented that the trials for his other cases had not yet been |
| 9 | set.  (*Id.*) |
| 10 | Trial in this case will go forward as scheduled on December 4, 2023.  The court |
| 11 | has already reset its 2023 and 2024 trial schedule to accommodate defense counsel's state |
| 12 | court commitments.  It will not do so again.  The court would be pleased to confer with |
| 13 | Judge Port to discuss the logistics of this matter.  The court may be contacted at |
| 14 | (206) 370-8920. |
| 15 | Dated this 11th day of October, 2023. |

JAMES L. ROBART
United States District Judge

ORDER - 2