UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN SHERWOOD,<br>　　　　　Defendant. | NO.  CR22-127-JLR<br><br>ORDER ON MOTION FOR LEAVE TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL FOR DEFENDANT AND CONTINUING TRIAL DATE |

　　　　On November 7, 2023, this matter came before the Court on the Defendant's Motion for the Withdrawal and Substitution of Counsel. The Court heard from Mr. Sherwood and Counsel *ex parte*. Defense Counsel represented he would not be prepared for trial on the scheduled trial date of December 4, 2023 based on the volume of discovery produced and the complexity of trial and because other pending matters have interfered with Counsel's ability to prepare. Mr. Sherwood withdrew his motion for withdrawal and substitution of counsel and waived his speedy trial rights. When the government returned to the courtroom, a discussion was held regarding a new trial date.

　　　　THE COURT FINDS pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i)–(ii), that the failure to grant a continuance of the trial would result in a miscarriage of justice. THE COURT FURTHER FINDS pursuant to Title 18,

United States Code, Section 3161(h)(7)(A), that the ends of justice served by continuing the trial date outweighs the best interests of the public and Mr. Sherwood in a speedy trial.

NOW, THEREFORE, IT IS ORDERED that the trial date will be continued until August 12, 2024. Pretrial motions are due by June 24, 2024.

IT IS FURTHER ORDERED that the time between the date of this order and the new trial date is excluded in computing the time within which a trial must be held pursuant to Title 18, United States Code, Section 3161, et seq.

IT IS SO ORDERED.

DATED this 29th day of November, 2023.

JAMES L. ROBART
United States District Judge