UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN MICHAEL SHERWOOD,<br><br>      Defendant. | CASE NO. CR22-0127JLR<br><br>ORDER |

Before the court is Defendant John Michael Sherwood's *pro se ex parte* Motion to Terminate Counsel and Declaration in Support Thereof.  (2/7/24 Mot. (Dkt. # 68 (sealed)).)  Mr. Sherwood is currently represented by counsel.  (*See generally* Dkt.)  As such, Mr. Sherwood may not file a *pro se* motion unless he complies with the requirements of Local Criminal Rule 62.2(b)(5).  *See* Local Rules W.D. Wash. LCrR 62.2(b)(5) (requiring a represented party that seeks to appear or act *pro se* to "request[] by motion to proceed on his or her own behalf, certif[y] in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and

ORDER - 1

[receive from the court] an order of substitution by the court terminating the party's attorney"); *see also United States v. Halbert*, 640 F.2d 1000, 1009 (9th Cir. 1981) ("A criminal defendant does not have an absolute right to both self-representation and the assistance of counsel. Whether to allow hybrid representation remains within the sound discretion of the trial judge." (internal citations omitted)); *United States v. Durden*, 673 F. Supp. 308, 309 (N.D. Ind. 1987) (exercising discretion to decline to consider a represented criminal defendant's *pro se* motion). The court notes that Mr. Sherwood's counsel has already filed a motion seeking the relief that Mr. Sherwood requests in the instant motion and discussing the appointment of standby counsel, which is scheduled for a hearing on February 14, 2024. (*See* 1/30/24 Mot. (Dkt. # 65); Not. (Dkt. # 66).)

Because Mr. Sherwood improperly filed his motion *pro se*, the court STRIKES the motion to terminate counsel (Dkt. # 68) from the docket.

Dated this 12th day of February, 2024.

JAMES L. ROBART
United States District Judge