1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR22-0127 |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN MICHAEL SHERWOOD, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On June 3, 2024, Defendant John Michael Sherwood filed a motion to continue the trial date. (Mot. (Dkt. # 74).) Plaintiff the United States of America filed its opposition on June 6, 2024. (Resp. (Dkt. # 75).) The court will hear the motion on an expedited basis. Accordingly, Mr. Sherwood shall file his reply brief by no later than

//

MINUTE ORDER - 1

1  **Tuesday, June 11, 2024, at 5:00 P.M.**  The court will thereafter rule on the motion by

2  written order.

3      Filed and entered this 6th day of June, 2024.

                                    RAVI SUBRAMANIAN
                                    Clerk of Court

                                    s/ Ashleigh Drecktrah
                                    Deputy Clerk

MINUTE ORDER - 2