The Honorable James L. Robart

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN SHERWOOD,

Defendant.

NO. CR22-127JLR

ORDER TO SEAL EXHIBIT 2

Having read the Government's Motion to Seal Exhibit 2 (Witness Threat Interview) and because of the sensitive and personal information contained in Exhibit 2,

It is hereby ORDERED that the Exhibit shall remain sealed.

DATED this 7th day of June, 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Order to Seal Exhibit 2 - 1
*United States v. John Sherman* / CR22-127JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970