UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0127JLR |
| Plaintiff, | ORDER |
| v. | |
| JOHN MICHAEL SHERWOOD, | |
| Defendant. | |

Before the court is Defendant John Michael Sherwood's motion for payment of witness fees and allowances at public expense. (Mot. (Dkt. # 127).) Specifically, Mr. Sherwood requests that the United States Marshals Service pay the following expenses of trial witness Andy Stevenson,[1] a resident of Port Angeles: (1) $1,000.00 for two nights

---

[1] The court previously granted Mr. Sherwood's *ex parte* motion for issuance of a subpoena to Mr. Stevenson, pursuant to Federal Rule of Criminal Procedure 17(b). (7/18/24 Order (Dkt. # 103 (sealed))); *see also* Fed. R. Crim. P. 17(b) ("If the court orders a subpoena to be issued" on behalf of an indigent defendant, the "witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.").

ORDER - 1

1  of hotel lodging in downtown Seattle; (2) $235.20 for travel expenses, including mileage, parking, and ferry fees; (3) $158.00 for two days of meals in Seattle; and (4) $40.00 for a single day of testimony. (Santiago Decl. (Dkt. # 127-1) ¶¶ 7-9, 11.) For the reasons explained below, the court GRANTS in part and DENIES in part the motion.

28 U.S.C. § 1821 governs witness fees and allowances in federal court. That statute provides for a travel allowance including ferry tolls, parking fees, and private vehicle mileage as prescribed by the Administrator of General Services; subsistence not to exceed the maximum per diem allowance prescribed by the Administrator of General Services; and a $40.00 per day witness attendance fee for each day's attendance. 28 U.S.C. § 1821(a)-(d). The Administrator of General Services has set the mileage rate at $0.67 per mile,[2] and the daily lodging rate for Seattle at $232.00 per night.[3] The meals and incidentals rate is $59.25 for the first and last day of travel, and $79.00 for all other travel days.[4]

The court has reviewed Mr. Sherwood's requested witness expenses and concludes that certain requested expenses exceed the amounts authorized by 28 U.S.C. § 1821—specifically, Mr. Stevenson's meal and lodging expenses. Accordingly, the court ORDERS as follows:

---

[2] *Privately owned vehicle (POV) mileage reimbursement rates*, U.S. General Services Administration, https://www.gsa.gov/travel/plan-a-trip/transportation-airfare-rates-pov-rates-etc/privately-owned-vehicle-pov-mileage-reimbursement (last visited July 24, 2024).

[3] *FY 2024 Per Diem Rates for Seattle*, Washington, U.S. General Services Administration, https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024%20(Current%20Fiscal%20Year)&city=Seattle&state=WA&zip= (last visited July 24, 2024).

[4] *Id.*

1. The United States Marshals Service shall pay Mr. Stevenson's witness expenses, as set forth below, in the same manner as those paid for government witnesses.

2. Mr. Stevenson's witness expenses shall include: (1) two nights of hotel lodging expenses up to $464.00; (2) travel expenses up to $235.20, comprising per diem mileage for 210 miles of travel, parking fees, and ferry tolls; (3) meals and incidentals up to $138.25, comprising one full day and one travel day in Seattle; and (4) an attendance fee of $40.00 for a single day of testimony. Thus, Mr. Stevenson's witness expenses shall not exceed a total of **$877.45**.

3. Mr. Sherwood's motion (Dkt. # 127) is GRANTED in part and DENIED in part as described herein.

Dated this 25th day of July, 2024.

JAMES L. ROBART
United States District Judge