UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MICHAEL SHERWOOD,<br><br>　　　　　　　　Defendant. | CASE NO. CR22-0127JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On June 20, 2025, the court entered an order granting Defendant John Michael Sherwood's motion for a new trial. (6/20/25 Order (Dkt. # 188 (sealed)); *see* Mot. (Dkt. # 174).) The order was filed provisionally under seal. (*See* 6/20/25 Order.) The court informed the parties that it would unseal the order on July 3, 2025, and instructed the parties to jointly propose redactions to the order, if any, by July 2, 2025. (*See* 6/20/25 Order.) On June 26, 2025, the parties informed the court via email that the order does not

MINUTE ORDER - 1

1 | need to be redacted. Accordingly, the court DIRECTS the Clerk to unseal the order

2 | granting Mr. Sherwood's motion for a new trial (Dkt. # 188).

3 |     Filed and entered this 27th day of June, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2