UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0127JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN MICHAEL SHERWOOD, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The Honorable James L. Robart recuses himself from this case and the case is reassigned in rotation to the Honorable Richard A. Jones.

//

//

//

//

MINUTE ORDER - 1

1    All future pleadings shall bear the cause number CR22-0127RAJ.

3    Filed and entered this 30th day of June, 2025.

|     | RAVI SUBRAMANIAN |
|-----|------------------|
|     | Clerk of Court   |

 s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2