Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO.  2:22-cr-00127-RAJ |
|---|---|
| Plaintiff | ORDER SETTING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| vs. | |
| JOHN MICHAEL SHERWOOD | |
| Defendant. | |

THE COURT has considered the stipulated motion of the parties to set a new trial date and new pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

ORDER SETTING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1
(*United States v. John Michael Sherwood* 2:22-cr-00127-RAJ)

Peter A. Camiel
Camiel & Chaney P.S.
2800 First Avenue, Suite 309
Seattle, Washington 98121
Tel. 206.817-0778
e-mail:  petercamiel@yahoo.com

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the time requested is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above.

IT IS ORDERED that the stipulated motion (Dkt. 193) is GRANTED. The trial date shall be continued to April 6, 2026, and that a new pretrial motions date, limited to motions pertaining to any discovery produced post-trial unless there is a showing of good cause to file a pretrial motion dealing with discovery produced before the first trial, shall be filed no later than February 23, 2026.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of April 6, 2026, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 16th day of July, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER SETTING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
(*United States v. John Michael Sherwood* 2:22-cr-00127-RAJ)

Peter A. Camiel
Camiel & Chaney P.S.
2800 First Avenue, Suite 309
Seattle, Washington 98121
Tel. 206.817-0778
e-mail: petercamiel@yahoo.com