The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>JOHN MICHAEL SHERWOOD,<br><br>        Defendant. | NO. 2:22-cr-00127-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court upon the Government's Motion to Seal its Motion in Limine. Having considered the Motion to Seal, and because of the nature of the information contained in the motion, the Court finds good cause to GRANT the Motion to Seal (Dkt. 206).

It is hereby ORDERED that the Government's Motioin Limine shall remain sealed.

DATED this 26th day of February, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1