The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN MICHAEL SHERWOOD,

Defendant.

NO. 2:22-cr-00127-RAJ

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME TO
RESPOND TO DEFENDANT'S
MOTIONS

THE COURT having received and reviewed the Government's Unopposed Motion for Extension of Time to Reply, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Reply (Dkt. 208) is GRANTED. The government's responses to Defendant's Motion in Limine (Dkt. 204) and Motion to Allow Appearance by Video Testimony (Dkt. 205) are to be filed no later than March 9, 2026, any replies shall be filed no later than March 16, 2026, and Defendant's Motions (Dkts. 204 and 205) shall be re-noted for March 16, 2026.

DATED this 27th day of February, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO EXTEND TIME TO RESPOND - 1
*U.S. v. Sherwood,* 2:22-cr-00127-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970