The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN MICHAEL SHERWOOD,

Defendant.

NO. 2:22-cr-00127-RAJ

ORDER GRANTING UNOPPOSED
MOTION TO EXTEND TIME TO
RESPOND TO GOVERNMENT'S
MOTION IN LIMINE

THE COURT having received and reviewed Defendant's Unopposed Motion for Extension of Time to Respond, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Respond (Dkt. 210) is GRANTED. Defendant's response to the government's Motion in Limine (Dkt. 207) is to be filed no later than March 3, 2026, any reply shall be filed no later than March 10, 2026, and the government's Motion in Limine shall be re-noted for March 10, 2026.

DATED this 27th day of February, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO EXTEND TIME TO RESPOND - 1
*U.S. v. Sherwood,* 2:22-cr-00127-RAJ