UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHN MICHAEL SHERWOOD,<br><br>       Defendant. | NO.  2:22-cr-00127-RAJ<br><br>MINUTE ORDER AUTHORIZING<br>FOOD AND LIQUIDS |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Judge:

The Court will permit the attorneys and staff in the above-captioned matter to bring food, water, and soda into the courthouse for the jury trial scheduled to begin Monday, April 6, 2026, and expected to conclude on or about Monday, April 13, 2026.

DATED this 1st day of April, 2026.

JOSHUA C. LEWIS,
Clerk of Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER AUTHORIZING
FOOD AND LIQUIDS – 1