Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN MICHAEL SHERWOOD,

Defendant.

No. 2:22-cr-00127-RAJ

ORDER

THE COURT has considered the motion of the defense to maintain the defendant, John Michael Sherwood, in custody at the FDC Seatac for sixty (60) days beyond July 17, 2026, to allow him to meet with his new appellate counsel.  It is hereby ordered that the United States Marshal shall not transfer Mr. Sherwood from the FDC Seatac for sixty (60) days from the date of this order.

DATED this 17th day of July, 2026.

Richard A Jones
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1