UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN MICHAEL SHERWOOD,

Defendant

No. 2:22-cr-00127-RAJ

ORDER GRANTING MOTION TO WITHDRAW

This matter is before this Court on defense counsel Peter Camiel's motion to withdraw and for the appointment of new counsel to represent Defendant John Michael Sherwood on appeal. Dkt. 259. For the reasons stated in the motion, defense counsel's motion to withdraw is granted. The CJA administration is directed to appoint new counsel to represent Mr. Sherwood for purposes of his appeal.

DATED this 21st day of July, 2026.

The Honorable Richard A. Jones
United States District Judge